# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUUGUST 27, 2025

### NO. 03-24-00404-CR

**Gere Jay Minnick, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
AFFIRMED -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the judgment adjudicating guilt entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment adjudicating guilt. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.